IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John W. Hegedus, et al.,

    Plaintiffs,

v.

Gregory B. Krivchenia, II, M.D., et al.,

    Defendants.

Case No. 2:01cv444

District Judge Michael H. Watson

## ORDER

Before the Court is the May 24, 2005 Motion of Plaintiffs for Voluntary Dismissal Without Prejudice (Doc. 46). Defendants filed a Memorandum in Opposition on June 17, 2005 (Doc. 48).

Upon consideration of the arguments advanced by the parties, the May 24, 2005 Motion of Plaintiffs for Voluntary Dismissal Without Prejudice (Doc. 46) is hereby **GRANTED.**

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT